(937 P.2d 967)

No. 76,114

JERI FARRELL, *Claimant*, v. UNIFIED SCHOOL DISTRICT NO. 229, *Appellant*, KANSAS ASSOCIATION OF SCHOOL BOARDS, *Insurance Carrier/Appellant*, and KANSAS WORKERS COMPENSATION FUND, *Appellee*.

Opinion filed February 28, 1997.

*Eric T. Lanham*, of McAnany, Van Cleave & Phillips, P.A., of Lenexa, for appellants.

*Gary L. Jordan*, of Jordan Law Office, of Ottawa, for appellee Kansas Workers Compensation Fund.

Before BRAZIL, C.J., ELLIOTT and KNUDSON, JJ.

ELLIOTT, J.: Respondent Unified School District No. 229 and its insurance carrier, the Kansas Association of School Boards, appeal an order dismissing the Workers Compensation Fund from this workers compensation case.

We affirm.

Claimant alleged she was injured in the course of her employment in September 1994. The Fund was impled pursuant to K.S.A. 44-567. This case revolves around the 1993 amendments to K.S.A. 44-567. The Fund claims the 1993 amendments limit its liability occurring after July 1, 1994, in both "but for" and "contribution" types of cases.

The problem is that the legislature only included the July 1, 1994, limiting language under 44-567(a)(1) and did not repeat it in (a)(2). We addressed the issue in *Shain v. Boeing Military Airplanes*, 22 Kan. App. 2d 913, 924 P.2d 1280 (1996). No petition for review was filed. The *Shain* court ruled the 1993 amendments limited Fund liability under both subsections of K.S.A. 44-567(a). 22 Kan. App. 2d at 917-18.

Under *Shain*, the Board's ruling in the present case was correct.

Affirmed.